[No. 17190-6-III.    Division Three.    March 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RAY
SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 97-1-01537-1, Robert N. Hackett, Jr., J.,
entered November 18, 1997. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Kurtz, C.J., and
Kato, J.

[No. 17936-2-III.    Division Three.    March 9, 2000.]

BARBARA MORGAN, *Appellant*, v. PATRICIA DUNN, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-2-06642-1, Richard J. Schroeder,
J., entered September 21, 1998. *Affirmed* by unpublished
opinion per Kurtz, C.J., concurred in by Sweeney and Schul-
theis, JJ.

[No. 17985-1-III.    Division Three.    March 9, 2000.]

DENNIS L. KUESPERT, ET AL., *Appellants*, v. RICHARD P.
TRELOAR, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-05227-1, Kathleen M. O'Connor,
J., entered October 7, 1998. *Affirmed* by unpublished
opinion per Kurtz, C.J., concurred in by Sweeney and Kato,
JJ.

[No. 23476-9-II.    Division Two.    March 10, 2000.]

HAYWARD HALL, *Appellant*, v. CLOVER PARK SCHOOL
DISTRICT NO. 400, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-11411-7, Bryan Edward Chushcoff, J.,
entered June 5, 1998. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.